

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNPING MA, an individual,<br><br>　　　　Petitioner,<br><br>v.<br><br>QINGMING FANG, an individual, and LEI WANG, an individual,<br><br>　　　　Respondents. | Case No.: 8:21-cv-00441-PSG-ADS<br><br>[PROPOSED] **JUDGMENT CONFIRMING FOREIGN ARBITRAL AWARD**<br><br>**[9 U.S.C. § 207]** |

The Court, upon consideration of the papers in support of, and in opposition to, all pleadings and evidence on file, and the arguments of counsel pertaining to the Petition to Confirm Foreign Arbitral Award issued in the Arbitration Matter between *Junping Ma v. Qingming Fang, et al.*, Case No. XA20200855, including the Final Foreign Arbitration Award issued by the Xiamen Arbitration Commission on November 23, 2020 (the "Final Award"); and for good cause shown, orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. In conformity with the terms of the Final Award, and in accordance with the New York Convention of 1958 on the Recognition and Enforcement of Foreign Arbitral Awards, and 9 U.S.C. §201, *et seq.*, and having found, pursuant to 9 U.S.C §207, that no enumerated New York Convention defense applies to QINGMING FANG also known as MYLES FANG for refusal or deferral of recognition and enforcement of the Final Award against him, that adequate notice under Article V of the New York Convention was provided to him, that the evidentiary requirements described in Article V of the New York Convention have been in-compliance, the Court hereby confirms the Final Award of the Xiamen Arbitration Commission in Case No. XA20200855 dated November 23, 2020, and enters judgment against QINGMING FANG also known as MYLES FANG as follows:

    (a) Respondent QINGMING FANG, also known as MYLES FANG, is ordered to pay to Petitioner JUNPING MA, the amount of $7,661,543.65 as repayment of the loan principal; and

    (b) Respondent QINGMING FANG, also known as MYLES FANG, is ordered to pay to Petitioner JUNPING MA, the amount of $11,377,392.22 in interest owed on the loan principal as date of confirmation and recognition of the Final Award (calculated based on $7,661,543.65 with the monthly interest rate

of 1.5%, starting on November 21, 2013 to the date of actual payment, as set forth in the Final Award); and

    (c) Respondent QINGMING FANG, also known as MYLES FANG, is ordered to pay to Petitioner JUNPING MA, the amount of $113,819.89 for arbitration fees.

2. Accordingly, the Court hereby enters Judgment in favor of Petitioner JUNPING MA and against Respondent QINGMING FANG, also known as MYLES FANG, in the total amount of $19,152,755.76; and

3. Petitioner shall recover costs of suit incurred in this action from Respondent QINGMING FANG, also known as MYLES FANG; and

4. The Court declines to recognize and enforce the Final Award of the Xiamen Arbitration Commission in Case No. XA20200855 dated November 23, 2020 against Lei Wang Fang formally known as Lei Wang, who was not afforded adequate notice of the arbitration proceedings under the circumstances.

**JUDGMENT IS HEREBY ENTERED AS SET OUT ABOVE.**
**IT IS SO ORDRED AND ADJUDGED.**

Dated: March 9, 2022

_____
The Hon. Philip S. Gutierrez
United States District Judge

3
[PROPOSED] JUDGMENT CONFIRMING FOREIGN ARBITRAL AWARD